CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

EMILY R. DAHLKE (CABN 322196)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
Emily.Dahlke@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHADWICK GRIBBLE,<br>Defendant. | NO. 4:26-cr-00322-JST<br><br>STIPULATION TO CONVERT STATUS CONFERENCE HEARING SET FOR AUGUST 7, 2026, TO A CHANGE OF PLEA HEARING AND ~~PROPOSED~~ ORDER |

It is hereby jointly requested by and between counsel for the United States and counsel for the defendant CHADWICK GRIBBLE, that the status conference, currently set for August 7, 2026, be converted to a change of plea hearing.

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: July 22, 2026

/s/
EMILY R. DAHLKE
Assistant United States Attorney

DATED: July 22, 2026

/s/
ANGELA HANSEN
Counsel for Defendant CHADWICK GRIBBLE

**~~[PROPOSED]~~ ORDER**

The status conference, currently set for August 7, 2026, at 9:30 a.m. is converted to a change of plea hearing.

IT IS SO ORDERED.

DATED: July 24, 2026

JON S. TIGAR
United States District Judge