**PROPOSED ORDER/COVER SHEET**

**TO:** **The Honorable Thomas S. Hixson**
**U.S. Magistrate Judge**

**RE:** **GRIBBLE, Chadwick**

**FROM:** **Silvio Lugo, Chief**
**U.S. Pretrial Services Officer**

**Docket No.:** **4:26-CR-00322-JST-1**

**Date:** **8/31/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| | |
|---|---|
| Brad Wilson, Specialist | 415-837-3962 |
| United States Pretrial Services Officer | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ____________________ on ____________________ at ____________________.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge ____________________ Presiding District Court Judge ____________________

☑ I ~~agree with the recommendation of the Pretrial Services Officer and~~ hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

A. The defendant shall not use alcohol at all.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

______________________________________________________________

______________________________________________________________

______________________________________________________________

[signature] August 31, 2026

**JUDICIAL OFFICER** **DATE**

Thomas S. Hixson
U.S. Magistrate Judge