JOANNA SHERIDAN (CABN 260090)
J.P. Sheridan Law
601 Montgomery Street, Suite 850
San Francisco, CA 94111
Phone: (415) 347-2700
Email: joanna@jpsheridanlaw.com

Attorney for Defendant
CHADWICK GRIBBLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHADWICK GRIBBLE<br><br>Defendant. | NO. 26-cr-00322 JST (TSH)<br><br>STIPULATION AND ORDER ALLOWING ATTENDANCE AT FAMILY THANKSGIVING DINNER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the home detention condition in this case shall be MODIFIED to allow Mr. Gribble to attend Thanksgiving dinner at his aunt's house located at 3206 Garrow Drive, Antioch, California, on November 26, 2026 from 5 p.m. to 8:30 p.m. Mr. Gribble's mother/surety will be with him at this dinner. No minor children will be present.

All other release conditions shall remain in effect.

Bradley Wilson, United States Pretrial Services Officer, has advised counsel that he does not object to this modification.

IT IS SO STIPULATED.

DATED: November 16, 2026

/s/
JOANNA SHERIDAN
Attorney for Defendant
ZACHARY TONEY

DATED: November 16, 2026

/s/
KELLY VOLKAR
Assistant United States Attorney

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby ORDERS that that the home detention condition in this case shall be MODIFIED to allow Mr. Gribble to attend Thanksgiving dinner at his aunt's house located at 3206 Garrow Drive, Antioch, California, on November 26, 2026 from 5 p.m. to 8:30 p.m.

All other conditions shall remain in effect.

IT IS SO ORDERED.

DATED: November 16, 2026

Hon. Thomas S. Hixson
United States Magistrate Judge